IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **GABRIEL SANCHEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-01166-O-BP |
| | § | |
| **CREDIT FIRST NATIONAL ASSOCIATION,** | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Because the parties agreed to dismissal of this case, the Court determines that the Magistrate Judge's Recommendation is ripe for review now. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** on this **4th day** of **January, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE